IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN, <br><br> Plaintiff, <br><br> v. <br><br> HOFFMASTER GROUP, INC., <br><br> Defendant. | Case No. 3:22-cv-01226-SPM |

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to Plaintiff's Notice of Dismissal filed July 5, 2022, (Doc. 11), against Defendant Hoffmaster Group, Inc., this action is **DISMISSED without prejudice,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:   July 6, 2022.

                                              MONICA STUMP
                                              Clerk of Court

                                              By:  s/ *Jackie Muckensturm*
                                                          Deputy Clerk


APPROVED: s/ *Stephen P. McGlynn*
                  STEPHEN P. MCGLYNN
                  U.S. District Judge